| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916)554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-SW-00320-DAD |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER TO |
| $60,000.00 IN U.S. CURRENCY, | ) | CONTINUE HEARING DATE FOR |
| | ) | MOTION FOR RETURN OF PROPERTY |
| Defendant, | ) | |
| | ) | |
| NICHOLAS JASON STREET, | ) | |
| NANCY SOPEANY PHENG STREET, | ) | |
| AND SANSCO DBA EL CAMINO | ) | Date: August 8, 2013 |
| WELLNESS CENTER, A | ) | Time: 2:00 p.m. |
| CALIFORNIA CORPORATION, | ) | Courtroom: 26, 8th Floor |
| | ) | |
| Claimants. | ) | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for August 8, 2013, be continued to September 19, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

1     Stipulation and Order to Continue Hearing Date

hereby stipulate that the hearing on the Motion for Return of Property be continued from August 8, 2013 to September 19, 2013.

Dated: 7/22/13        BENJAMIN B. WAGNER
                      United States Attorney


                      By: /s/ Kevin C. Khasigian
                      KEVIN C. KHASIGIAN
                      Assistant U.S. Attorney


Dated: 7/19/13        /s/ David M. Michael
                      DAVID M. MICHAEL
                      Attorney for Plaintiffs Nicholas Jason Street,
                      Nancy Sopeany Pheng Street, and SANSCO

                      (Authorized by email)

**IT IS SO ORDERED.**

Dated: July 22, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE