| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$60,000.00 IN U.S. CURRENCY,<br><br>    Defendant,<br><br>NICHOLAS JASON STREET,<br>NANCY SOPEANY PHENG STREET,<br>AND SANSCO DBA EL CAMINO<br>WELLNESS CENTER, A<br>CALIFORNIA CORPORATION,<br><br>    Claimants. | 2:12-SW-00320-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>DATE: OCTOBER 17, 2013<br>TIME: 2:00 P.M.<br>COURTROOM: 25, 8TH FLOOR |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for October 17, 2013, be continued to November 14, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

parties hereby stipulate that the hearing on the Motion for Return of Property be continued from October 17, 2013 to November 14, 2013.

Dated: 9/30/13   BENJAMIN B. WAGNER
   United States Attorney

   By: /s/ Kevin C. Khasigian
   KEVIN C. KHASIGIAN
   Assistant U.S. Attorney

Dated: 9/27/13   /s/ David M. Michael
   DAVID M. MICHAEL
   Attorney for Plaintiffs Nicholas Jason Street,
   Nancy Sopeany Pheng Street, and SANSCO

   (Authorized by email)

**IT IS SO ORDERED.**

Dated: October 1, 2013

   _____
   CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE