BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-SW-00320-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| v. | |
| $60,000.00 IN U.S. CURRENCY, | DATE: NOVEMBER 14, 2013 |
| Defendant, | TIME: 2:00 P.M. COURTROOM: 25, 8TH FLOOR |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for November 14, 2013, to be continued to November 25, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

1 | parties hereby stipulate that the hearing on the Motion for Return of Property be
2 | continued from November 14, 2013 to November 25, 2013 at 2:00 p.m.

4 | Dated: 10/28/13              BENJAMIN B. WAGNER
                                 United States Attorney

6 |                              By: /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
7 |                              Assistant U.S. Attorney

9 | Dated: 10/28/13              /s/ David M. Michael
                                 DAVID M. MICHAEL
10 |                             Attorney for Plaintiffs Nicholas Jason Street,
                                 Nancy Sopeany Pheng Street, and SANSCO

                                 (Authorized by email)

13 | **IT IS SO ORDERED.**

14 | Dated:  October 30, 2013

                                 _____
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

Dad1.crim
12sw320.street.stip.eot